# COURTESY COPY

Wolin & Wolin
Attorneys at Law
420 Jericho Turnpike, Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178

Jerold Wolin
Alan E. Wolin

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ [illegible] ★

BROOKLYN OFFICE

*[Handwritten: Order — The application is granted]*

s/Edward Korman
[signature]
7/31/06

July 25, 2006

**VIA ECF AND FIRST CLASS MAIL**

Honorable Edward R. Korman
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: **Angela DePalma v. AMR Corporation d/b/a American Airlines
> CV-04-2220 (Ross, J.) (Gold, M.J.)**

Dear Judge Korman:

This office represents the plaintiff, Angela DePalma, with respect to the above referenced action. We write, with the knowledge and consent of defendant's counsel, Prashanth Jayachandran, Esq., to request an extension of the current briefing schedule with respect to defendant's motion for summary judgment. This is the first request for an extension of the briefing schedule.

Under the current schedule, plaintiff's papers in opposition are due by July 31, 2006 and defendant's papers in reply are due by August 31, 2006. It is respectfully requested that these deadlines be extended to August 31, 2006 and October 31, 2006, respectively.

Your Honor's most favorable consideration to this application will be appreciated.

Respectfully submitted,
S/ **Alan E. Wolin**
ALAN E. WOLIN

AEW/jaf

cc: Prashanth Jayachandran, Esq. (via electronic mail)